BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 1056
By: JOHN A. CURTAS
Deputy City Attorney
Nevada Bar No. 1841
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: jacurtas@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE A. PECK,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, Represented by the Mayor and City Council of Las Vegas, Nevada, SHERIFF JOSEPH LOMBARDO, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, CAPTAIN ANDREW WALSH, DTAC Bureau Commander, THE OFFICERS OF THE FREMONT STREET EXPERIENCE; SEVERAL UNNAMED MEMBERS OF THE FSE LLC SECURITY STAFF; ROBERT GALLEGO, FSE LLC Chief of Security,<br><br>    Defendants. | CASE NO. 2:15-cv-2070-JAD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE**<br><br>ECF No. 86 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and Local Rule 7-2, Pro Per Plaintiff Bruce A. Peck, and Defendant City of Las Vegas, by and through their counsel of record, hereby stipulate and respectfully request an Order dismissing this action without prejudice as to Defendant City of Las Vegas only.

///

///

///

It is further stipulated and agreed that the parties are to bear their own attorney's fees and costs.

DATED this 20 day of July, 2017.                    DATED this 20 day of July, 2017.

BRADFORD R. JERBIC
City Attorney

By: /s/ John A. Curtas                              By: /s/ Bruce A. Peck
JOHN A. CURTAS                                      BRUCE A. PECK
Deputy City Attorney                                129 North Eighth Street, #8
Nevada Bar No. 1841                                 Las Vegas, NV 89101
495 South Main Street, Sixth Floor                  Pro Per Plaintiff
Las Vegas, NV 89101
Attorneys for CITY OF LAS VEGAS

## ORDER

Based on the parties' stipulation [ECF No. 86] and good cause appearing, and because the City of Las Vegas is the only defendant left in this case, *see* [69] at 7, IT IS HEREBY ORDERED that this case is DISMISSED without prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
July 20, 2017